RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _____

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RAY A. LAWRENCE, JR.<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 00CR20088-01<br><br>USM Number: 11080-035<br><br>Joseph Streva<br>————————————<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]    admitted guilt to violation of condition(s) MC2  of the term of supervision.

[ ]    was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| MC2 | The defendant shall not commit another federal, state, or local crime. | 12/13/2004 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]    The defendant has not violated condition(s)  _  and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:    xx/xx/5387 | April 3, 2006<br>———————————————<br>Date of Imposition of Sentence |
| Defendant's Date of Birth:    xx/xx/1973 | |
| Defendant's USM No.:    11080-035 | Signature of Judicial Officer |
| Defendant's Residence Address:<br>2116 Commerical Street, Lake Charles, LA 70601 | TUCKER L. MELANÇON, United States District Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>Same As Above | Date  April 10 2006 |

ATTEST:   A TRUE COPY
DATE April 11, 2006
ROBERT H. SHEMWELL, CLERK
BY _____
Deputy Clerk, U.S. District Court
Western District of Louisiana

COPY SENT
DATE 4/11/06
BY _____
TO _____
USM (3cc)

DEFENDANT:        RAY A. LAWRENCE, JR.
CASE NUMBER:      00CR20088-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

[✓]    The court makes the following recommendations to the Bureau of Prisons:

The defendant is placed at a facility where he can receive the most aggressive drug treatment possible.

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
       [ ] at ___ [] a.m.   [] p.m.   on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before 2 p.m. on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES  MARSHAL